Donald R. Cassling

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
　　　　　　　　　　　　　　　　　　　§
BONNER, JASON E. § Case No. 11-06230 DRC
BONNER, RITA R. §
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

　　　　Funds were disbursed in the following amounts:

　　　　Payments made under an interim disbursement
　　　　Administrative expenses
　　　　Bank service fees
　　　　Other payments to creditors
　　　　Non-estate funds paid to 3rd Parties
　　　　Exemptions paid to the debtor
　　　　Other payments to the debtor

　　　　Leaving a balance on hand of[1]                          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-06230 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | | Date Filed (f) or Converted (c): | 02/17/11 (f) |
| | BONNER, RITA R. | | | 341(a) Meeting Date: | 04/19/11 |
| For Period Ending: | 10/06/14 | | | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 157 GREENWAY DRIVE, BLOOMINGDALE, IL. | 268,907.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING W/ PNC (46-4112-5514) | 50.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS W/PNC (46-4112-5549) | 10.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS W/ US ONE CREDIT UNION | 10.00 | 0.00 | | 0.00 | FA |
| 6. MISC. HOUSEHOLD GOODS & FURNSHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 8. MISC. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 9. MISC. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 10. COUPLE OF CAMERAS/KODAK | 200.00 | 0.00 | | 0.00 | FA |
| 11. WHOLE LIFE INSURANCE WITH STATE FARM (LF-0860-7300 | 1,935.00 | 0.00 | | 0.00 | FA |
| 12. PENSION WITH CHICAGO REGIONAL/COUNCIL OF CARPENTER | 9,846.00 | 0.00 | | 0.00 | FA |
| 13. BUSINESS:100% OWNER OF BASICLY NUTS, INC. | 100.00 | 0.00 | | 0.00 | FA |
| 14. VEHICLE: 2004 SATURN ION (89,100 MILES) | 3,440.00 | 0.00 | | 0.00 | FA |
| 15. VEHICLE: 2005 JEEP LIBERTY (90,000 MILES) | 7,255.00 | 0.00 | | 0.00 | FA |
| 16. 2 PRINTERS, 1 COMPUTER & 2 LAPTOPS | 0.00 | 0.00 | | 0.00 | FA |
| 17. TAX REFUND (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.04 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $292,973.00  $8,000.00  $8,001.04  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 11-06230 DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: BONNER, JASON E. | Date Filed (f) or Converted (c): | 02/17/11 (f) |
| BONNER, RITA R. | 341(a) Meeting Date: | 04/19/11 |
| | Claims Bar Date: | 07/21/11 |

Trustee to review claims and prepare TFR

October 16, 2013, 04:57 pm

Initial Projected Date of Final Report (TFR): 05/31/12     Current Projected Date of Final Report (TFR): 07/31/14


/s/    GINA B. KROL
_____ Date: 10/06/14
     GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | Bank Name: | ASSOCIATED BANK |
| | BONNER, RITA R. | | Account Number / CD #: | *******0428 Checking Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 10/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,884.99 | | 7,884.99 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.86 | 7,880.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.02 | 7,875.11 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.85 | 7,870.26 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.01 | 7,865.25 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 7,853.56 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 6.81 | 7,846.75 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.54 | 7,836.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.65 | 7,824.56 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.26 | 7,813.30 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,801.68 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.22 | 7,790.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.58 | 7,778.88 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.57 | 7,767.31 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 7,756.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.53 | 7,744.60 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,733.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.50 | 7,721.96 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,710.48 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 7,700.13 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 6.79 | 7,693.34 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.45 | 7,681.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,670.83 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.40 | 7,659.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.01

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | Bank Name: | ASSOCIATED BANK |
| | BONNER, RITA R. | | Account Number / CD #: | *******0428 Checking Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 10/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.02 | 7,648.41 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.37 | 7,637.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,625.69 |

| Account *******0428 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 2 | Checks | 13.60 |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 245.70 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | $ 259.30 |
| | 1 | Transfers In | 7,884.99 | | | |
| | | Total | $ 7,884.99 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BONNER, JASON E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | | Account Number / CD #: | *******3989  BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 10/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/11 | 17 | Jason & Rita Bonner  157 Greenway Dr.  Bloomingdale, IL 60108 | Tax Refund | 1224-000 | 8,000.00 | | 8,000.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 8,000.03 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,000.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,000.16 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,000.23 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,000.30 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,000.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,990.18 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.85 | 7,980.40 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,980.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,970.63 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,970.70 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,960.25 |
| 02/06/12 | 000301 | International Sureties  Suite 420  701 Poydras St.  New Orleans, LA  70139 | BOND  BOND | 2300-000 | | 7.18 | 7,953.07 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,953.13 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.46 | 7,943.67 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,943.74 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.77 | 7,933.97 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,934.04 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 7,923.96 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,924.03 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.07 | 7,913.96 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,914.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,904.61 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | | Account Number / CD #: | *******3989 BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 10/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,904.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.37 | 7,894.31 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,894.37 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 9.38 | 7,884.99 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,884.99 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******3989 | | Balance Forward | | 0.00 | | |
| | 1 | Deposits | | 8,000.00 | 1 | Checks | 7.18 |
| | 16 | Interest Postings | | 1.04 | 11 | Adjustments Out | 108.87 |
| | | | | | 1 | Transfers Out | 7,884.99 |
| | | Subtotal | $ | 8,001.04 | | | |
| | 0 | Adjustments In | | 0.00 | | Total | $ 8,001.04 |
| | 0 | Transfers In | | 0.00 | | | |
| | | Total | $ | 8,001.04 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.01

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | | Account Number / CD #: | *******3989  BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 10/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | | 1   Deposits | 8,000.00 | 3 | Checks | 20.78 |
| | | 16   Interest Postings | 1.04 | 35 | Adjustments Out | 354.57 |
| | | | | 1 | Transfers Out | 7,884.99 |
| | | Subtotal | $    8,001.04 | | | |
| | | | | | Total | $    8,260.34 |
| | | 0   Adjustments In | 0.00 | | | |
| | | 1   Transfers In | 7,884.99 | | | |
| | | Total | $    15,886.03 | | Net Total Balance | $    7,625.69 |

                /s/   GINA B. KROL
Trustee's Signature: _____  Date: 10/06/14
                     GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 06, 2014 |

Case Number: 11-06230  
Debtor Name: BONNER, JASON E.  
Claims Bar Date: 07/21/11  

Claim Number Sequence  
Joint Debtor: BONNER, RITA R.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $2,187.00 | $0.00 | $2,187.00 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,550.10 | $0.00 | $1,550.10 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,172.66 | $0.00 | $3,172.66 |
| 000002<br>070<br>7100-90 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $13,995.06 | $0.00 | $13,995.06 |
| 000003<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,080.82 | $0.00 | $5,080.82 |
| 000004<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $22,646.86 | $0.00 | $22,646.86 |
| 000005<br>070<br>7100-90 | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | | $1,829.56 | $0.00 | $1,829.56 |
| 000006<br>040<br>5800-00 | Julie Bonner<br>225 Melinda<br>South Elgin, IL 60177 | Priority | | $400.00 | $0.00 | $400.00 |
| 000007<br>070<br>7100-90 | PYOD LLC its successors and assigns<br>as<br>assignee of<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $26,135.49 | $0.00 | $26,135.49 |
| 000008<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $8,700.28 | $0.00 | $8,700.28 |
| 000009<br>070<br>7100-90 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $1,638.42 | $0.00 | $1,638.42 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St. | Administrative | | $20.78 | $20.78 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 06, 2014 |
|---|---|---|---|---|---|---|

Case Number:    11-06230  
Debtor Name:    BONNER, JASON E.  
Claims Bar Date: 07/21/11  

Claim Number Sequence  
Joint Debtor: BONNER, RITA R.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | New Orleans, LA 70139 | | | | | |
| | Case Totals: | | | $87,357.03 | $20.78 | $87,336.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-06230 DRC
Case Name: BONNER, JASON E.
                BONNER, RITA R.
Trustee Name: GINA B. KROL

          Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses          $_____

      Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Julie Bonner<br>225 Melinda<br>South Elgin, IL 60177 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000009 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>