UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
BONNER, JASON E. § Case No. 11-06230 DRC
BONNER, RITA R. §
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2014          By: CLERK OF BANKRUPTCY COURT
                                                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
   §
BONNER, JASON E.   §   Case No. 11-06230 DRC
BONNER, RITA R.   §
   §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,001.04 |
| and approved disbursements of | $ | 375.35 |
| leaving a balance on hand of[1] | $ | 7,625.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,550.10 | $ 0.00 | $ 1,550.10 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,187.00 | $ 0.00 | $ 2,187.00 |
| Other: International Sureties | $ 20.78 | $ 20.78 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,737.10 |
| Remaining Balance | $ 3,888.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 400.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Julie Bonner<br>225 Melinda<br>South Elgin, IL 60177 | $ 400.00 | $ 0.00 | $ 400.00 |
| | Total to be paid to priority creditors | | $ | 400.00 |
| | Remaining Balance | | $ | 3,488.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,199.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,172.66 | $ 0.00 | $ 133.03 |
| 000002 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | $ 13,995.06 | $ 0.00 | $ 586.82 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 5,080.82 | $ 0.00 | $ 213.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 22,646.86 | $ 0.00 | $ 949.60 |
| 000005 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,829.56 | $ 0.00 | $ 76.71 |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 26,135.49 | $ 0.00 | $ 1,095.88 |
| 000008 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 8,700.28 | $ 0.00 | $ 364.81 |
| 000009 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | $ 1,638.42 | $ 0.00 | $ 68.70 |

Total to be paid to timely general unsecured creditors   $   3,488.59

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL

Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                       Case No. 11-06230-DRC
Jason E. Bonner                                              Chapter 7
Rita R. Bonner
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal             Page 1 of 2            Date Rcvd: Oct 30, 2014
                              Form ID: pdf006            Total Noticed: 26
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2014.
db/jdb         +Jason E. Bonner,    Rita R. Bonner,    157 Greenway Drive,    Bloomingdale, IL 60108-2026
16832545       +5/3rd Bank,    PO Box 630412,    Cincinnati, OH 45263-0412
16832544       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
17436393        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17264959       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16832546       +Certegy Payment,    Box 30184,    Tampa, FL 33630-3184
16832547       +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
16832548       +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
17251150        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16832549        Citi Cards,   POB 688914,    Des Moines, IA 50368
16832554       +FMS,   4915 South Union Ave.,    Tulsa, OK 74107-7839
16832551       +Fifth Third,    Credit Card Center,    PO Box 740789,    Cincinnati, OH 45274-0789
16832552       +Fifth Third,    PO Box 740789,    Cincinnati, OH 45274-0789
16832553       +Fifth Third Bank,    Box 630900,    Cincinnati, OH 45263-0900
17187008       +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16832555       +Julie Bonner,    225 Melinda,    South Elgin, IL 60177-1523
16832557       +MEdco Financial,    Box 525,    Gurnee, IL 60031-0525
16832559       +USA One Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
16832561       +Woman Care PC,    PO Box 95379,    Palatine, IL 60095-0379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16832546       +E-mail/Text: tuscolsup@fisglobal.com Oct 31 2014 01:15:12      Certegy Payment,    Box 30184,
                 Tampa, FL 33630-3184
16832550        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:19:44       Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
17176665        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:19:44       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20716708        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:41       GE Capital Retail Bank,
                 Recovery Management Systems Corp,    (JCPenney Credit Services),
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16832556        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2014 01:12:42       Kohls,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
17348257       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2014 01:19:34
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16832558       +E-mail/Text: group_legal@creditunion1.org Oct 31 2014 01:15:21       USA One Credit Union,
                 4749 Lincoln Mall Drive,    Matteson, IL 60443-3806
16832560       +E-mail/Text: BKRMailOps@weltman.com Oct 31 2014 01:13:45       Weltman, Weinberg & Reis,
                 PO Box 6597,    Cleveland, OH 44101-1597
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2014 at the address(es) listed below:
              Bradley S Covey    on behalf of Joint Debtor Rita R. Bonner bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
              Bradley S Covey    on behalf of Debtor Jason E. Bonner bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Oct 30, 2014
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Gina B Krol     on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor   FIFTH THIRD MORTGAGE COMPANY timothyy@nevellaw.com
              Yan  Teytelman     on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                                  TOTAL: 9
```