
# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BONNER, JASON E. | § | Case No. 11-06230 DRC |
| BONNER, RITA R. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/GINA B. KROL _____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 5/3rd Bank PO Box 630412 Cincinnati, OH 45263 |  |  |  |  |  |
|  | USA One Credit Union 4749 Lincoln Mall Drive Matteson, IL 60443 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | JULIE BONNER | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Box 630900 Cincinnati, OH 45263 | | | | | |
| | Kohls P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | USA One Visa PO Box 4521 Carol Stream, IL 60197 | | | | | |
| | Woman Care PC PO Box 95379 Palatine, IL 60095 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | CAPITAL ONE,N.A | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000009 | FIFTH THIRD BANK | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-06230 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | | Date Filed (f) or Converted (c): | 02/17/11 (f) |
| | BONNER, RITA R. | | | 341(a) Meeting Date: | 04/19/11 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 157 GREENWAY DRIVE, BLOOMINGDALE, IL. | 268,907.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING W/ PNC (46-4112-5514) | 50.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS W/PNC (46-4112-5549) | 10.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS W/ US ONE CREDIT UNION | 10.00 | 0.00 | | 0.00 | FA |
| 6. MISC. HOUSEHOLD GOODS & FURNSHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 8. MISC. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 9. MISC. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 10. COUPLE OF CAMERAS/KODAK | 200.00 | 0.00 | | 0.00 | FA |
| 11. WHOLE LIFE INSURANCE WITH STATE FARM (LF-0860-7300 | 1,935.00 | 0.00 | | 0.00 | FA |
| 12. PENSION WITH CHICAGO REGIONAL/COUNCIL OF CARPENTER | 9,846.00 | 0.00 | | 0.00 | FA |
| 13. BUSINESS:100% OWNER OF BASICLY NUTS, INC. | 100.00 | 0.00 | | 0.00 | FA |
| 14. VEHICLE: 2004 SATURN ION (89,100 MILES) | 3,440.00 | 0.00 | | 0.00 | FA |
| 15. VEHICLE: 2005 JEEP LIBERTY (90,000 MILES) | 7,255.00 | 0.00 | | 0.00 | FA |
| 16. 2 PRINTERS, 1 COMPUTER & 2 LAPTOPS | 0.00 | 0.00 | | 0.00 | FA |
| 17. TAX REFUND (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.04 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $292,973.00     $8,000.00     $8,001.04     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: 11-06230   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: BONNER, JASON E. | Date Filed (f) or Converted (c): | 02/17/11 (f) |
| BONNER, RITA R. | 341(a) Meeting Date: | 04/19/11 |
| | Claims Bar Date: | 07/21/11 |

Trustee submitted TFR for review

October 06, 2014, 03:18 pm

Trustee to review claims and prepare TFR

October 16, 2013, 04:57 pm

Initial Projected Date of Final Report (TFR): 05/31/12     Current Projected Date of Final Report (TFR): 12/31/14

/s/    GINA B. KROL
_____  Date: 01/26/15
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BONNER, JASON E. | | Bank Name: | ASSOCIATED BANK |
| | BONNER, RITA R. | | Account Number / CD #: | *******0428 Checking Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,884.99 | | 7,884.99 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.86 | 7,880.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.02 | 7,875.11 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.85 | 7,870.26 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.01 | 7,865.25 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 7,853.56 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 6.81 | 7,846.75 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.54 | 7,836.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.65 | 7,824.56 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.26 | 7,813.30 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,801.68 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.22 | 7,790.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.58 | 7,778.88 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.57 | 7,767.31 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 7,756.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.53 | 7,744.60 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,733.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.50 | 7,721.96 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,710.48 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 7,700.13 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 6.79 | 7,693.34 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.45 | 7,681.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,670.83 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.40 | 7,659.43 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BONNER, JASON E. | | Bank Name: | ASSOCIATED BANK |
| | BONNER, RITA R. | | Account Number / CD #: | *******0428 Checking Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.02 | 7,648.41 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.37 | 7,637.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.35 | 7,625.69 |
| 12/04/14 | 030003 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,458.00 | 6,167.69 |
| 12/04/14 | 030004 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 1,550.10 | 4,617.59 |
| 12/04/14 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 729.00 | 3,888.59 |
| 12/04/14 | 030006 | Julie Bonner<br>225 Melinda<br>South Elgin, IL 60177 | Final Distribution | 5800-000 | | 400.00 | 3,488.59 |
| 12/04/14 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 133.03 | 3,355.56 |
| 12/04/14 | 030008 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Final Distribution | 7100-900 | | 586.82 | 2,768.74 |
| 12/04/14 | 030009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 213.04 | 2,555.70 |
| 12/04/14 | 030010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 949.60 | 1,606.10 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 18.03b

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 11-06230 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BONNER, JASON E. | Bank Name: | ASSOCIATED BANK |
| | BONNER, RITA R. | Account Number / CD #: | *******0428 Checking Account |
| Taxpayer ID No: | *******4136 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/14 | 030011 | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final Distribution | 7100-900 | | 76.71 | 1,529.39 |
| 12/04/14 | 030012 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | 7100-900 | | 1,095.88 | 433.51 |
| 12/04/14 | 030013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 364.81 | 68.70 |
| 12/04/14 | 030014 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Final Distribution | 7100-900 | | 68.70 | 0.00 |

| Account *******0428 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 14 | Checks | 7,639.29 |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 245.70 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 7,884.99 |
| | 1 | Transfers In | 7,884.99 | | | |
| | | Total | $ 7,884.99 | | | |

LFORM2T4    UST Form 101-7-TDR (5/1/2011) *(Page: 11)*      Ver: 18.03b

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BONNER, JASON E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | | Account Number / CD #: | *******3989 BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/11 | 17 | Jason & Rita Bonner | Tax Refund | 1224-000 | 8,000.00 | | 8,000.00 |
| | | 157 Greenway Dr. | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 8,000.03 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.16 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.23 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.30 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,990.18 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,990.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.85 | 7,980.40 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,980.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,970.63 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,970.70 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,960.25 |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 7.18 | 7,953.07 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,953.13 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.46 | 7,943.67 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,943.74 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.77 | 7,933.97 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,934.04 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 7,923.96 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,924.03 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.07 | 7,913.96 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,914.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,904.61 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-06230 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BONNER, JASON E. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | | Account Number / CD #: | *******3989 BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,904.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.37 | 7,894.31 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,894.37 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 9.38 | 7,884.99 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,884.99 | 0.00 |

| Account *******3989 | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 8,000.00 | 1 | Checks | 7.18 |
| 16 | Interest Postings | | 1.04 | 11 | Adjustments Out | 108.87 |
| | | | | 1 | Transfers Out | 7,884.99 |
| | Subtotal | $ | 8,001.04 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ 8,001.04 |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 8,001.04 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 18.03b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-06230 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BONNER, JASON E. | Bank Name: | BANK OF AMERICA, N.A. |
| | BONNER, RITA R. | Account Number / CD #: | *******3989 BofA - Money Market Account |
| Taxpayer ID No: | *******4136 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Report Totals | Balance Forward | | 0.00 | | | |
| | 1 | Deposits | 8,000.00 | 15 | Checks | 7,646.47 |
| | 16 | Interest Postings | 1.04 | 35 | Adjustments Out | 354.57 |
| | | | | 1 | Transfers Out | 7,884.99 |
| | | Subtotal | $ 8,001.04 | | | |
| | | | | | Total | $ 15,886.03 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 7,884.99 | | | |
| | | Total | $ 15,886.03 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15
GINA B. KROL

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 18.03b